IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3129 |
| | ) | |
| v. | ) | |
| | ) | |
| STELLA M. LEVEA, JAMES P. | ) | MEMORANDUM AND ORDER |
| MASAT, KENNETH W. MOTTIN, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Masat has moved to continue the pretrial motion deadline.  Filing No. 44.
Counsel for all the defendants believe additional time is needed to fully review the
voluminous discovery.  The government does not oppose the requested continuance.  The
court finds the motion should be granted.

IT IS ORDERED:

1)     Defendant Masat's motion to continue, (filing no. 44), is granted.

2)     **As to all the defendants**, the deadline for filing pretrial motions and briefs is
extended to November 15, 2011.

3)     Due to the volume of records involved in this case, and the fact that the
defendants have encountered technical problems when attempting to use any
searchable database to review the documents, the court finds this case remains
"unusual and complex," and continues to be exempted from the time
restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii) because it
would be unreasonable for the court to require counsel and the parties to be
ready for trial within such restrictions

September 30, 2011.                          BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge