IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3129 |
| | ) | |
| V. | ) | |
| | ) | |
| STELLA M. LEVEA, | ) | ORDER |
| JAMES P. MASAT, | ) | |
| KENNETH W. MOTTIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Today, I conferred with counsel. With their agreement,

IT IS ORDERED that:

1. Trial will commence in the morning on Monday, June 11, 2012. Counsel should be in my chambers by 9:30 AM. This case will be submitted to the jury no later than close of business on Tuesday, July 3, 2012. Counsel should plan their trial accordingly.

2. Kenneth W. Mottin has given notice that he intends to plead guilty. Counsel for Mottin and counsel for the government shall promptly schedule a Rule 11 hearing on that guilty plea.

3. Stella M. Levea and James P. Masat have until 5:00 PM on Monday, June 4, 2012, to notify me that they intend to enter a guilty plea. After that, I may not accept a guilty plea or I may accept a guilty plea but impose sanctions like not granting an "acceptance of responsibility" reduction.

DATED this 18th day of May, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge