IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3129 |
| | ) | |
| v. | ) | |
| | ) | |
| STELLA M. LEVEA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Stella M. Levea, who is 60 years-of-age, seeks relief under certain provisions of the *First Step Act* as they pertain to older prisoners. Apparently in the alternative, the defendant argues that (1) she is entitled to home detention under the provisions of 34 U.S.C. § 60541(g) as promulgated by the *First Step Act* or (2) a reduction of her sentence under the compassionate release provisions of 18 U.S.C. § 3582(c)(1)(A) as amended by the *First Step Act*. I appointed the Federal Public Defender to represent Levea and gave each side the opportunity to brief the matter. The government submitted an excellent brief detailing the several reasons why Levea is not entitled to relief. (Filing no. 167.) The Assistant Federal Defender in response had "nothing to add" and moved to withdraw. (Filing no. 169.) Because the government is correct, and I adopt the government's reasoning as my own,

IT IS ORDERED that (1) Levea's motion (filing no. 164) is denied; (2) the Federal Public Defender's motion to withdraw (filing no. 169 part 2) is granted; and the Clerk shall mail a copy of this document to Stella M. Levea.

DATED this 22nd day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge