IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STELLA M. LEVEA,<br>JAMES P. MASAT, and<br>KENNETH W. MOTTIN,<br><br>　　　　　　　Defendants. | 4:10CR3129<br><br>ORDER |

　　　Upon notification and proof of the death of Donald Eugene Kaelin,

　　　IT IS ORDERED that the Clerk shall reissue the checks attached to Delores A. Kaelin's letter, which have been filed as Filing no. 172. Filing no. 172 is granted as provided herein. The Clerk shall mail a copy of this order to Delores A. Kaelin.

　　　Dated this 8th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge