IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>STELLA M. LEVEA, JAMES P. MASAT, and KENNETH W. MOTTIN,<br><br>Defendants. | 4:10CR3129<br><br>ORDER |

Upon notification of proof of death of Patricia A. Preissler,

IT IS ORDERED that the Clerk shall reissue checks in the name Donald C. Preissler, Personal Representative for the Estate of Patricia A. Preissler. Checks including those issued on 5/29/2020 should be reissued to Donald C. Preissler. Filing no. 174 is granted as provided herein. The Clerk shall mail a copy of this order to Donald C. Preissler.

Dated this 16th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge