IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STELLA M. LEVEA,<br><br>        Defendant,<br><br>and<br><br>LINCOLN BENEFIT LIFE,<br><br>        Garnishee. | 4:10CR3129 |

**GARNISHEE ORDER (AMENDED)**

A Writ of Continuing Garnishment, directed to Garnishee, Lincoln Benefit Life, 1221 N Street, Lincoln, NE 68508, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on August 24, 2020, stating that at the time of the service of the Writ they had in their possession or under their control property belonging to defendant, Stella M. Levea, xxx-xx-8488, whose last known address was: ------------------, Newton, IA 50208.

IT IS ORDERED that Garnishee pay over the sum of $82,923.26 from the annuity accounts of the defendant, to the U.S. Clerk of the District Court, and applied to defendant's criminal judgment debt. Payment should be made payable to the Clerk of the District Court, reference case number 4:10CR3129, and sent to Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Suite 1152, Omaha, Nebraska 68102.

Dated this 2nd day of October, 2020.

BY THE COURT:

s/Cheryl R. Zwart
United States Magistrate Judge