IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STELLA M. LEVEA,<br>JAMES P. MASAT, and<br>KENNETH W. MOTTIN,<br><br>    Defendants. | 4:10CR3129<br><br>**ORDER** |

  Victoria Sendgraff has filed two affidavits (Filings 207 and 208) which I will construe as motions. I will require the government to respond to the motions. Accordingly,

  IT IS ORDERED that the government shall respond to the motions (Filings 207 and 208) on or before December 24, 2020. The Clerk shall provide the affiant with a copy of this order.

  Dated this 3rd day of December, 2020.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge