IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STELLA M. LEVEA, JAMES P. MASAT, and KENNETH W. MOTTIN,<br><br>Defendants. | 4:10CR3129<br><br>ORDER |

Based upon the two affidavits submitted by Victoria Sendgraff (Filings 207 and 208) and the plaintiff's response (Filing 210),

IT IS ORDERED that the Clerk of the Court shall send all future payments of restitution otherwise due Elizabeth Mary Ernesti to Victoria Sendgraff.

Dated this 7th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge