IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STELLA M. LEVEA,

Defendant.

4:10-CR-3129

ORDER

The plaintiff has moved to withdraw the application and writ of continuing garnishment against Lincoln National Life Insurance Company. Filing 49.

IT IS ORDERED:

1. The plaintiff's Motion to Release Garnishment (filing 49) is granted.

2. The writ of continuing garnishment against Lincoln National Life Insurance Company (filing 48) is released.

3. The Clerk of the Court is directed to mail a copy of this order to the garnishee: Lincoln National Life Insurance Company, Attn: Amanda Framme, 1301 South Harrison Street, Fort Wayne, IN 46802.

Dated this 28th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge